Fill in this information to identify the case:

Debtor 1: Shaun A. Jones

Debtor 2: Eboni M. Jones
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Michigan

Case number: 16-51824-pjs

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee for Igloo Series IV Trust

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 6 2 5 6

**Date of payment change:**
Must be at least 21 days after date of this notice: 03/01/2020

**New total payment:** $ 840.39
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $ _____   New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: 5.25 %   New interest rate: 4.25 %

   Current principal and interest payment: $ 607.48   New principal and interest payment: $ 570.68

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____   New mortgage payment: $ _____

Debtor 1 __Shaun A. Jones__                    Case number (if known) __16-51824-pjs__
         First Name  Middle Name  Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ __/S/ Michelle R. Ghidotti-Gonsalves__          Date __01/21/2020__
  Signature

Print:   __Michelle R. Ghidotti-Gonsalves__         Title __Authorized Agent for Secured Creditor__
         First Name  Middle Name  Last Name

Company  __Ghidotti-Berger, LLP.__

Address  __1920 Old Tustin Avenue__
         Number      Street

         __Santa Ana__            __CA__   __92705__
         City                     State    ZIP Code

Contact phone __949-427-2010__                Email __bknotifications@ghidottiberger.com__



**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

SHAUN JONES
24420 LYNDON
REDFORD MI  48239

January 10, 2020

**RE: Loan Number:** ▉▉▉▉▉▉▉

## Subsequent Interest Rate Adjustment Notice

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, THEIR EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY US WILL BE USED FOR THAT PURPOSE.  TO THE EXTENT THAT YOU MAY HAVE RECEIVED A DISCHARGE IN BANKRUPTCY THIS COMMUNICATION SHOULD NOT BE CONSTRUED AS INTENT TO SUBJECT YOU TO PERSONAL LIABILITY FOR THE DISCHARGED DEBT.

### Changes to Your Mortgage Interest Rate and Payments on February 1, 2020

**Under the terms of your Adjustable-Rate Mortgage (ARM), you had a one-year period during which your interest rate stayed the same. That period ends on February 1, 2020, so on that date your interest rate and mortgage payment change. After that, your interest rate may change annually for the rest of your loan term.**

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 5.25% | 4.25% |
| **Total Monthly Payment** | $877.19 | $840.39 (due March 1, 2020) |

**IMPORTANT:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien.

<u>Interest Rate:</u> We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the 1st B.Day-1 YR WSJ LIBOR and your margin is 2.25%. The 1st B.Day-1 YR WSJ LIBOR index is published Monthly in The Wall Street Journal. The index rate plus margin will be rounded to the nearest 0.125%.

<u>Rate Limits:</u> Your rate cannot go higher than 10.50%, or lower than 2.25% over the life of the loan. Your rate can increase annually by no more than 2.00%. Your rate can decrease annually by no more than 2.00%.

<u>New Interest Rate and Monthly Payment:</u> The table above shows your new interest rate and new monthly payment. These amounts are based on the 1st B.Day-1 YR WSJ LIBOR index, your margin, your loan balance of 72,164.73, and your remaining loan term of 168 months.

<u>Prepayment Penalty:</u> None

Please continue to mail your payments as previously directed.  The title and telephone number of a person who will answer any question you may have regarding this notice is:

Name:  Trista Skaggs
Title: Asset Manager
Toll Free Number: (800) 603-0836,  ext: 2716

*If your account is not contractually current, the new payment amount will not go into effect until your loan is due for 03/01/2020.

**The index value used is the published value, as of the effective date stated on your Note, in the printed edition of the Wall Street Journal.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN – DETROIT DIVISION

| | |
|---|---|
| In Re: Shaun A. Jones, Eboni M. Jones<br><br>Debtor(s). | Case No.: 16-51824-pjs<br><br>CHAPTER 13<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

On __01/21/2020__, I served the foregoing documents described as _Notice of Mortgage Payment Change_ on the following individuals by electronic means thorugh the Court's ECF program:

COUNSEL FOR DEBTOR
Marshall D. Schultz
marshalld.schultz@gmail.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Kasra Sadjadi
Kasra Sadjadi

///

///

///

On ___01/21/2020___, I served the foregoing documents described as __Notice of Mortgage Payment Change__ on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Shaun A. Jones
24420 Lyndon
Redford, MI 48239-3355

JOINT DEBTOR
Eboni M. Jones
24420 Lyndon
Redford, MI 48239-3355

Trustee
Krispen S. Carroll
719 Griswold
Suite 1100
Detroit, MI 48226

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Kasra Sadjadi
Kasra Sadjadi